UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CV-21323

**CHRISTOPHER HANSEN**

       Plaintiff,

**-vs-**

**ORWALL INDUSTRIES, INC.,**

       Defendants.
_____/

**STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLAINTIFF AND DEFENDANT** by and through undersigned counsel hereby **STIPULATE AND AGREE** that they have settled all matters between them at issue in this cause, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) respectfully request the Court enter an Order Dismissing this cause with Prejudice; retaining jurisdiction only to enforce the terms of said Settlement Agreement under *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272 (11th Cir. 2012).

       **STIPULATED AND AGREED TO** by Counsel for the Parties on the dates below written.


s/Lauren Wassenberg _____      s/Matt Weinstein_____
**LAUREN NICOLE WASSENBERG, ESQ.**     **MATT WEINSTEIN, ESQ.**
Attorney for Plaintiff     Attorney for Defendant
1825 NW Corporate Blvd., Suite 110     10723 SW 104 Street, Miami, FL 3317
Boca Raton, FL 33431     ph. 305-670-5200
Ph. 561-571-0646

Date: August 22, 2016     Date: August 22, 2016