UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CV-21323

CHRISTOPHER HANSON

        Plaintiff,

-vs-

ORWALL INDUSTRIES, INC.,

        Defendants.

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Parties' Stipulation For Dismissal with Prejudice, requesting the Court retain jurisdiction over the matter to enforce the terms of their Confidential Settlement; and the Court having reviewed the pleadings and papers filed in this cause, it is hereby

**ORDERED AND ADJUDGED** this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This Court shall retain jurisdiction over the matter to enforce the terms of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

All pending motions, if any, are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this August 23, 2016.

_____
United States District Court Judge

Copies furnished to:
All counsel of record.